**AFFIRM; and Opinion Filed October 20, 2014.**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00401-CR

**ANTHONY MICHAEL VIGIL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063462**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Stoddart
Opinion by Justice Fillmore

Anthony Michael Vigil pleaded guilty before a jury to assault involving family violence,

with a prior assault-family violence conviction. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2)

(West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). Vigil also

pleaded true to one enhancement paragraph alleging a prior felony conviction. The jury found

the enhancement paragraph true and assessed punishment at ten years' imprisonment and a

$5,000 fine. On appeal, Vigil's attorney filed a brief in which he concludes the appeal is wholly

frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

738 (1967). The brief presents a professional evaluation of the record showing why, in effect,

there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Vigil. We advised Vigil of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140401F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY MICHAEL VIGIL,
Appellant

No. 05-14-00401-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the 397th Judicial District
Court of Grayson County, Texas (Tr.Ct.No.
063462).
Opinion delivered by Justice Fillmore,
Justices FitzGerald and Stoddart
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 20, 2014.